Michael J

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Raymond Livingston,       
Appellant.
 
 
 

Appeal From Orangeburg County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-233
Submitted November 20, 2002 - Filed 
 March 26, 2003  

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender 
 Aileen P. Clare, of Columbia; for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; Solicitor Walter M. Bailey, Jr., of Summerville; for Respondent(s).
 
 
 

PER CURIAM:  Raymond Livingston appeals 
 his convictions for armed robbery and first-degree burglary.  The trial judge 
 sentenced Livingston to twenty-five years imprisonment for each offense. The 
 sentences were to be served concurrently.
Pursuant to Anders v. California, 386 U.S. 
 738 (1967), counsel for Livingston attached to the final brief a petition to 
 be relieved as counsel, stating she had reviewed the record and concluded Livingstons 
 appeal is without legal merit sufficient to warrant a new trial.  Livingston 
 did not file a separate pro se response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
CONNOR, STILWELL, and HOWARD, JJ., concur.